■ In the Matter of DAVID N. GUIFFRE, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [37 NYS3d 463]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that such determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In view of this, the petition must be dismissed as moot (see Matter of Williams v Venettozzi, 140 AD3d 1508, 1508 [2016]; Matter of Robinson v Prack, 137 AD3d 1452, 1452 [2016]). Although petitioner seeks to be restored to the status that he enjoyed prior to the disciplinary determination, he is not entitled to this relief (see Matter of Thompson v Annucci, 140 AD3d 1521, 1521 [2016]; Matter of Khudan v Annucci, 139 AD3d 1198, 1198 [2016]). We note, however, that any loss of good time that was imposed as part of the penalty should be restored to petitioner (see Matter of Zoccoli v Annucci, 140 AD3d 1512, 1513 [2016]; Matter of Clark v New York State Dept. of Corr. & Community Supervision, 138 AD3d 1331, 1332 [2016]).

Peters, P.J., Garry, Rose, Devine and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.